UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARQUIN ENTERPRISES INC., a New York corporation,<br><br>                                   Plaintiff,<br><br>            v.<br><br>PERRY PUBLICATIONS LIMITED, a United Kingdom corporation,<br><br>                                   Defendant. | Docket No. 07-cv-3953 (LBS)<br><br>**F.R.C.P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**ECF Case** |

   By its undersigned attorneys, defendant Perry Publications Limited respectfully states that its ultimate parent company is Panacea Publishing International Limited, a privately held company, and that no publicly traded company owns 10% or more of the stock of either company.

Dated: New York, New York
   May 21, 2007

                 Respectfully submitted,

                 __s/_____
                 Nancy E. Wolff (NW-7508)
                 Cowan, DeBaets, Abrahams &
                   Sheppard LLP
                 41 Madison Avenue, 34th Floor
                 New York, New York 10010
                 Telephone: (212) 974-7474
                 Facsimile: (212) 974-8474
                 *Attorneys for defendant Perry Publications Limited*