UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARQUIN ENTERPRISES INC., a New York corporation, | : SDNY Docket No. 07-cv-3953 (LBS) |
| Plaintiff, | : NY Supreme Docket No. 07/106,689 |
| v. | : **PROOF OF SERVICE** |
| PERRY PUBLICATIONS LIMITED, a United Kingdom corporation, | : |
| Defendant. | : **ECF Case** |

Mason A. Weisz, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am over 18 years of age, I reside in Brooklyn, New York and I am not a party to this action. I am employed by the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP.

3. On May 21, 2007, I caused to be served upon plaintiff Varquin Enterprises Inc. the following documents by overnight Federal Express:

　　i. F.R.C.P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT
　　ii. NOTICE OF REMOVAL
　　iii. NOTICE OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT (filed in State Court)

addressed as follows:

Frank Dehn, Esq.
Smith, Dornan & Dehn PC
110 East 42nd St.
Suite 1303
New York, NY 10017

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 22nd day of May, 2007.

　　　　　　　　　　　　　　　　　　__s/_____
　　　　　　　　　　　　　　　　　　MASON A. WEISZ (MW-5954)