UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARQUIN ENTERPRISES INC., a New York corporation, | : <br> : <br> : Docket No. 07-cv-3953 (LBS) <br> : |
| Plaintiff, | : <br> : |
| v. | : **PROOF OF SERVICE** <br> : |
| PERRY PUBLICATIONS LIMITED, a United Kingdom corporation, | : <br> : <br> : **ECF Case** |
| Defendant. | : <br> : |

       Mason A. Weisz, being duly sworn, deposes and states as follows:

     1.     The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

     2.     I am over 18 years of age, I reside in Brooklyn, New York and I am not a party to this action. I am employed by the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP.

     3.     On May 31, 2007, I caused to be served upon plaintiff-counterclaim defendant Varquin Enterprises Inc. ("Varquin") the following documents:

        i.   ORDER TO SHOW CAUSE
        ii.  DECLARATION OF JULIAN GREGORY
        iii. DECLARATION OF TOBY M.J. BUTTERFIELD
        iv. MEMORANDUM OF LAW
        v.  COUNTERCLAIMS

by serving said documents by hand upon counsel for Varquin Frank Dehn, Esq. of Smith, Dornan & Dehn PC, 110 East 42nd St., Suite 1303, New York, NY 10017 in person while he was at 500 Pearl Street, New York, New York 10007.

       I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 1st day of June, 2007.

                                                   ____/s/_____
                                                   Mason A. Weisz (MW-5954)