```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-07
```

SANDS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VARQUIN ENTERPRISES INC., a New York corporation,

    Plaintiff-counterclaim defendant,

v.

PERRY PUBLICATIONS LIMITED, a United Kingdom corporation,

    Defendant-counterclaimant

No. 07-cv-3953 (LBS)

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS**

By their undersigned attorneys, Plaintiff-counterclaim defendant Varquin Enterprises Inc. and Defendant-counterclaimant Perry Publications Limited (the "Parties") hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims and counterclaims herein be, and hereby are, voluntarily dismissed with prejudice. The Court shall retain jurisdiction to enforce the Stipulated Permanent Injunction being entered simultaneously and terms of the Parties' settlement agreement dated as of June 28, 2007. Each party hereto shall bear its own costs and fees.

Dated: June 28, 2007

COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP

By: _____
Toby Butterfield, Esq. (TB-8599)
Mason A. Weisz, Esq. (MW-5954)
41 Madison Avenue, 34th Fl.
New York, New York 10010
(212) 974-7474
*Attorneys for Defendant-counterclaimant Perry Publications Limited*

SMITH, DORNAN & DEHN PC.

By: _____
Frank Dehn, Esq. (FD-7314)
110 East 42nd St., Suite 1303
New York, NY 10017
(212) 370-5316
*Attorneys for Plaintiff-counterclaim defendant Varquin Enterprises Inc.*

SO ORDERED.

Dated: 7/2/07

_____
UNITED STATES DISTRICT COURT JUDGE

{A060000.DOC\4}