```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-07
```

SAND, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VARQUIN ENTERPRISES INC., a New York corporation,

   Plaintiff-counterclaim defendant,

v.

PERRY PUBLICATIONS LIMITED, a United Kingdom corporation,

   Defendant-counterclaimant.

No. 07-cv-3953 (LBS)

**STIPULATED PERMANENT INJUNCTION**

  Plaintiff Varquin Enterprises Inc. ("Varquin") and Defendant Perry Publications Limited ("Perry") by and through their counsel of record, do hereby stipulate and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining and restraining Varquin, its officers, agents, servants and any persons, firms or corporations acting in concert with them (the "Enjoined Parties") from doing any of the following on or after January 1, 2008:

  (i) Using Perry's copyrights, trademarks (i.e., "BUSINESS TRAVELER", "BUSINESS TRAVELER INTERNATIONAL", "BUSINESS TRAVELLER", and "BUSINESS TRAVELLER INTERNATIONAL"), logos or trade dress associated with any locality's edition of Perry's authorized publications "Business Traveler" and "Business Traveller" (together, "Perry's Rights"), or any copy or imitation of any of them in any manner likely to cause others to believe that any unlicensed product or service of any of the Enjoined Parties is authorized by or in any way connected with Perry and/or Perry's Rights; and

  (ii) Passing off, inducing, providing publishing services or enabling others to sell, pass off or provide publishing services using any book, magazine, website, or other writing as genuine and authorized products of Perry; and

  (iii) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner magazines, websites, or other writings which copy, imitate or embody any of Perry's Rights, provided, however, that nothing herein shall prohibit Varquin from reprinting, posting or otherwise distributing editorial content that appeared in the North American edition of Business Traveler while such magazine was published by Varquin unless such content was obtained by license from Perry.

{A059985.DOC\3}

     (iv)    Committing any other acts calculated to cause others to believe that any of the Enjoined Parties acts on behalf of Perry; and

     (v)    Committing any other acts calculated to cause others to believe that any magazine, website, or other writing of any of the Enjoined Parties is a genuine Perry product or is sponsored by or approved by Perry.

**IT IS SO STIPULATED:**

Dated: _____, 2007     Varquin Enterprises Inc.

By: _/s/_
Adam Rodriguez
Title:

Dated: _____, 2007     Perry Publications Limited

By: _____
Julian Gregory
Managing Director

Approved as to form:     COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Dated: June 28, 2007     By: _/s/_
Toby M.J. Butterfield (TB-8599)
Mason A. Weisz (MW-5954)
41 Madison Ave., 34th Fl.
New York, New York 10010
(212) 974-7474
*Attorneys for Perry Publications Limited*

Approved as to form:     SMITH, DORNAN & DEHN PC

Dated: June \_\_\_\_, 2007     By: _/s/_
Frank Dehn, Esq. (FD-7314)
110 East 42nd St., Suite 1303
New York, NY 10017
(212) 370-5316
*Attorneys for Plaintiff Varquin Enterprises, Inc.*

**IT IS SO ORDERED:**

Dated: 7/2/07

_____
United States District Judge

{A059985.DOC\3}

Business Traveler while such magazine was published by Varquin unless such content was obtained by license from Perry.

(iv) Committing any other acts calculated to cause others to believe that any of the Enjoined Parties acts on behalf of Perry; and

(v) Committing any other acts calculated to cause others to believe that any magazine, website, or other writing of any of the Enjoined Parties is a genuine Perry product or is sponsored by or approved by Perry.

**IT IS SO STIPULATED:**

Dated: _____, 2007        Varquin Enterprises Inc.

By: _____
     Adam Rodriguez
Title:

Dated: 22 July, 2007           Perry Publications Limited

By: _____
     Julian Gregory
     Managing Director

Approved as to form:           COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Dated: June 22, 2007           By: _____
                                    Toby M.J. Butterfield (TB-8599)
                                    Mason A. Weisz (MW-5954)
                                    41 Madison Ave., 34th Fl.
                                    New York, New York 10010
                                    (212) 974-7474
                                    *Attorneys for Perry Publications Limited*

Approved as to form:           SMITH, DORNAN & DEHN PC

Dated: June ___, 2007          By: _____
                                    Frank Dehn, Esq. (FD-7314)
                                    110 East 42nd St., Suite 1303
                                    New York, NY 10017
                                    (212) 370-5316
                                    *Attorneys for Plaintiff Varquin Enterprises, Inc.*

**IT IS SO ORDERED:**

Dated: _____               _____
                                United States District Judge

2